UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CHERYL CASWELL,
   Plaintiff,

V                      CA 10-11321-JLT

KREAM & KREAM.
   Defendant.

## SETTLEMENT ORDER OF DISMISSAL

TAURO, D.J.

The court having been advised on March 9, 2011 by counsel for the parties that the above action has been settled:   IT IS ORDERED that this action is hereby dismissed without prejudice to reconsideration and possible re-opening if within 30 days of this order a motion is filed which represents that the terms of the settlement agreement have not been performed and there is good cause for the non-performing party or parties to have failed to perform.

                                    Zita Lovett
                                        /s/
                                  _____
                                  Deputy Clerk

March 10, 2011